## DISCIPLINARY CASES

**2003–1943. Akron Bar Assn. v. Holder.**

On December 8, 2003, relator filed a cross-objection to the recommendation of the Board of Commissioners on Grievances and Discipline and a brief in support of the cross-objection. Whereas, these documents were not filed within the time deadline imposed by this court's November 14, 2003 order,

IT IS ORDERED by the court, sua sponte, that the cross-objection and brief in support be, and hereby are, stricken.

[Cite as *12/31/2003 Case Announcements,* 2003-Ohio-7048.]

*December 31, 2003*

## MOTION AND PROCEDURAL RULINGS

**2003–1580. In re B.E.**

Cuyahoga App. No. 81781. This cause is pending before the court as an appeal involving termination of parental rights/adoption. Upon consideration of appellant's motion for stay of court of appeals' judgment,

IT IS ORDERED by the court that the motion for stay of court of appeals' judgment be, and hereby is, granted.

PFEIFER and O'CONNOR, JJ., dissent.

**2003–2149. Elsen v. Schwartz.**

Hamilton App. Nos. C–030157 and C–030373. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's motion for immediate stay of court of appeals' judgment,

IT IS ORDERED by the court that the motion for immediate stay of court of appeals' judgment be, and hereby is, denied.

## DISCIPLINARY CASES

**2003–0732. In re Resignation of Spencer.**

On July 15, 2003, this court accepted the resignation of respondent, Scott W. Spencer, with disciplinary action pending. On September 22, 2003, movant, Disciplinary Counsel, filed a motion for order to appear and show cause, requesting the court to issue an order directing respondent to appear and show cause why he should not be found in contempt for his failure to comply with this court's July 15, 2003 order. On November 14, 2003, this court granted that motion and advised respondent to file a written response by December 4, 2003. Respondent did not file a written response. Accordingly,

IT IS ORDERED by the court, sua sponte, that respondent appear in person before this court on January 14, 2004, at 9:00 a.m.

IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1).